Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

IN RE:                          CASE NO: 15-60023
THERESA ANNETTE BAIN      DATED: January 31, 2020

DEBTOR(S)

**NOTICE TO DEPOSIT UNCLAIMED FUNDS - ACTIVE CASE**

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case.

Disposition of Case:        ABOUT TO COMPLETE (28)
Explanation of Sources:    Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor
Disbursement Amount:      $267.57
Name of Payee on Check:

MARK K BLEAKLEY    PO BOX 3156    SAN ANGELO, TX,    76902


/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401

Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on January 31, 2020.

PHIL BLACK SA, ATTORNEY AT LAW, 136 W TWOHIG STE B, SAN ANGELO, TX 76903
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242


/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401