Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 15-60023 |
| THERESA ANNETTE BAIN | DATED: February 28, 2020 |
| DEBTOR(S) | |

**NOTICE TO DEPOSIT UNCLAIMED FUNDS - ACTIVE CASE**

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case.

Disposition of Case: ABOUT TO COMPLETE (28)
Explanation of Sources: Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor
Disbursement Amount: $67.61
Name of Payee on Check:

MARK K BLEAKLEY   PO BOX 3156   SAN ANGELO, TX,   76902


 /s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401

Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on February 28, 2020.

 PHIL BLACK, ATTORNEY AT LAW, 1290 SOUTH WILLIS, SUITE 125, ABILENE, TX  79605
 WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242


 /s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401